UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
February 18, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT DUANE JONES,

    Defendant.

Case No. 2:14-cr-00037-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROBERT DUANE JONES , Case No. 2:14-cr-00037-KJM  from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

  X   Bail Posted in the Sum of $   50,000

  X   Unsecured Appearance Bond $   50,000, co-signed by brother.

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

  X   (Other):   Pretrial Services conditions.

Issued at Sacramento, California on February 18, 2014 at 2:40

By: _(signed)_

Magistrate Judge Carolyn K. Delaney