MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Robert Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JONES,<br><br>Defendants. | Case No.: 2:14 CR 037 KJM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

Defendant Robert Jones by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby stipulate and agree to continue the status hearing in the above-captioned case from Wednesday, July 30, 2014 at 9:00 a.m. to Wednesday, September 10, 2014 at 9:00 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

The continuance is requested to allow the defense to engage in investigation, review the discovery,  review the discovery with the client,  and discuss settlement options.

It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: July ____, 2014             The CHASTAINE LAW OFFICE


                                    By: ____/s/ Michael Chastaine
                                        MICHAEL CHASTAINE
                                        Attorney for Robert Jones

1

Dated: July \_\_\_\_, 2014          BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: \_\_\_/s/ Kyle Reardon\_\_\_
                                        KYLE REARDON
                                        Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Wednesday, July 30, 2014, at 9:00 a.m., be continued to Wednesday, September 10, 2014, at 9:00 a.m., and that the period from July 30 , 2014, to September 10, 2014, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  July 28, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE